**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **MARY KATHERINE GAYNIER, et al.,** § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Case No. 3:16-CV-2314-D |
| § | |
| **ANTONIO HUDSON,** § | |
| Defendant. § | |

**ORDER**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the February 20, 2018 findings, conclusions, and recommendation of the United States Magistrate Judge. Defendant's August 29, 2017 motion for summary judgment based upon qualified immunity is granted, and this action is dismissed with prejudice by judgment filed today.

**SO ORDERED**.

March 13, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE